UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
IN ADMIRALTY

In Re: HANSON MARINE
PROPERTIES, INC., d/b/a/ SALTY
SAM'S MARINA,

    Petitioner,

                               Case No.  2:21-cv-481-JLB-NPM

_____

**ORDER**

Before the Court is Petitioner Hanson Marine's amended motion for clerk's default against unknown potential claimant(s) (Doc. 12). For the reasons discussed below, the Court grants the amended motion.

The Court discussed this case's history in its previous denial of Petitioner Hanson Marine's motion for clerk's default, and a lengthy resuscitation of the facts is not needed. (Doc. 11). Simply put, in its original motion for clerk's default Petitioner failed to demonstrate it properly notified all potential claimants of its effort to either exonerate itself from or limit its liability for maritime actions. Because Petitioner failed to include this notice in the papers it filed with the Court, the Court could not determine whether Petitioner had complied with Supplemental Admiralty Rule F(4), and thus denied the motion without prejudice. (Doc. 11).

Petitioner has since supplied the Court with all necessary information in its amended motion for entry of clerk's default. (Doc. 12-1). As such, the Court can now determine that Petitioner has complied with the Supplemental Rules for Certain Admiralty and Maritime Claims, the Federal Rules of Civil Procedure, and the Court's Admiralty and Maritime Practice Manual. Accordingly, Petitioner's amended motion for clerk's default (Doc. 12) is **GRANTED**.

The Court directs the Clerk of Court to enter a clerk's default pursuant to Federal Rule of Civil Procedure 55(a) against all parties having an interest in this matter. Within thirty-five days after entry of a clerk's default, Petitioner must apply for a default judgment or file a paper identifying each unresolved issue necessary to entry of the default judgment. M.D. Fla. R. 1.10(c).

**ORDERED** in Fort Myers, Florida on September 30, 2021.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE