UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No: 2:21-cv-481-JLB-NPM

IN RE THE COMPLAINT OF HANSON
MARINE PROPERTIES, INC. d/b/a SALTY
SAM'S MARINA, AS OWNER OF A 2020 24'
A&M MANUFACTURING INC. (HIN:
ADM0S109L920), ITS ENGINE, TACKLE,
APPURTENANCES, EQUIPMENT, ETC.,
IN A CAUSE OF EXONERATION FROM
OR LIMITATION OF LIABILITY,

    Petitioner.

## ORDER

On November 8, 2021, the Magistrate Judge filed a Report and Recommendation ("R&R"), recommending that Petitioner's motion for entry of default judgment against all potential claimants (Doc. 15) be granted. (Doc. 16.) No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objection has been filed—the Court agrees with the R&R.

Accordingly, it is **ORDERED**:

1. The R&R (Doc. 16) is **ADOPTED** and Petitioner's Motion for Entry of Final Default Judgment Against All Non-Appearing Potential Claimants (Doc. 15) is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 55 and Supplemental Rule F(5), a Judgment of Exoneration by Default is entered against all non-appearing claimants for failure to timely file a claim or answer in this action.

3. All persons and entities who have failed to timely respond, file claims, or answers by the motion deadline are defaulted and barred from filing future claims against Petitioner Hanson Marine Properties, Inc. d/b/a Salty Sam's Marina as owner of a 2020 24' A&M Manufacturing Inc. vessel bearing Hull Identification Number ADM0S109L920, and its Engine, Tackle, Appurtenances, Equipment, Etc., arising from the events described in Petitioner's Complaint (Doc. 1).

4. The Clerk is **DIRECTED** to enter a default judgment of exoneration accordingly and close the file.

**ORDERED** at Fort Myers, Florida, on November 23, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE